IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LAURA E. MARTIN, *et al.*,

        Plaintiffs,

v.                                CIVIL ACTION NO. 2:13-cv-19988

JOHNSON & JOHNSON, *et al.,*

        Defendants.

**MEMORANDUM OPINION AND ORDER**

On October 21, 2020, I entered an order directing plaintiffs to show cause on or before November 4, 2020, why this case should not be dismissed without prejudice as to the remaining defendants, Johnson & Johnson, Ethicon, Inc., Ethicon, LLC, Sofradim Production SAS and Tissue Science Laboratories Limited, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that this case is dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and plaintiffs at their last known address.

ENTER: November 5, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE